DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID LOWELL FISHER,

Appellant,

v.

CITY OF LARGO,

Appellee.

No. 2D2023-0782

_____

May 10, 2024

Appeal from the Circuit Court for Pasco County; Thomas M. Ramsberger, Judge.

Benjamin E. Hillard and Amy Cuykendall Jones of Hillard Cuykendall, P.A., Largo, for Appellant.

Matthew D. Weidner of Weidner Law Firm, St. Petersburg, for Appellee.


PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.